# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

In re: Due Process Protections Act               Case No. 3:25-mc-22-MMH

### AMENDED[1] STANDING ORDER REGARDING
### DUE PROCESS PROTECTIONS ACT

Pursuant to the Due Process Protections Act, the Court confirms the United States' obligation to disclose to the defendant all exculpatory evidence-that is, evidence that favors the defendant or casts doubt on the United States' case, as required by Brady v. Maryland, 373 U.S. 83 (1963) and its progeny, and **ORDERS** the United States to do so. The government has a duty to disclose any evidence that goes to negating the defendant's guilt, the credibility of a witness, or that would reduce a potential sentence. The defendant is entitled to this information without a request. Failure to disclose exculpatory evidence in a timely manner may result in consequences, including, but not limited to, exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, disciplinary action, or sanctions by the Court.

---

[1] This Amended Standing Order amends the Standing Order entered on December 1, 2020, in Case No. 3:20-mc-20-J-32. The Court amends the Standing Order to adopt the language of the Model Written Order re Brady Obligations approved by the Eleventh Circuit Judicial Council.

The Clerk is directed to enter this Amended Standing Order in all criminal cases filed on or after December 23, 2025.

**DONE AND ORDERED** in Jacksonville, Florida on December 23, 2025.

**MARCIA MORALES HOWARD**
Chief United States District Judge